1  MICHAEL J. IOANNOU (SBN 95208)
   mioannou@ropers.com
2  LITA M. VERRIER (SBN 181183)
   lverrier@ropers.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
4  San Jose, CA  95113
   Telephone:  (408) 287-6262
5  Facsimile:  (408) 918-4501

6  Attorneys for Defendant
   NOVA WINES, INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  PETE LIVINGSTON,                    CASE NO.  C06-02389 EMC (ADR)

13          Plaintiff,                  **STIPULATION TO EXTEND THE TIME FOR DEFENDANT NOVA WINES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**
14  v.

15  KEYA MORGAN aka KEYARASH
    MAZHARI aka KEYA MAZHARI, KEYA      Judge:       Edward M. Chen
16  GALLERY, NOVA WINES, INC.,
    JANINA GEHN aka NINA GEHN, &
17  NTG/XLink,

18          Defendants.

19

20      The parties hereto, through their respective counsel, hereby stipulate that defendant Nova

21  Wines, Inc. may have an extension, to and including June 5, 2006, to file its response to plaintiff's

22  complaint.

23      It is so stipulated:

24  //////

25  //////

26  //////

27  //////

28  //////

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

SJ/367337.1/NB                                    Stip. To Extend Time to Respond to Complaint -
                                                  Case No. C06-02389 EMC (ADR)

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

1    Dated: May 18, 2006                          ROPERS, MAJESKI, KOHN & BENTLEY

2

3                                                 By: /s/

4                                                     MICHAEL J. IOANNOU
                                                      Attorneys for Defendant
5                                                     NOVA WINES, INC.

6    Dated: May _____, 2006

7

8                                                 By:

9                                                     WILLIAM M. SIMPICH
                                                      Attorney for Plaintiff
10                                                    PETE LIVINGSTON

11   Dated: May _____, 2006

12

13                                                By:

14                                                    TESFAYE W. TSADIK
                                                      Attorney for Plaintiff
15                                                    PETE LIVINGSTON

16

17              IT IS SO ORDERED:

18

19

20              _____

21              Edward M. Chen
                U.S. Magistrate Judge
22

23

24

25

26

27

28

SJ/367337.1/NB                        - 2 -           Stip. To Extend Time to Respond to Complaint -
                                                      Case No. C06-02389 EMC (ADR)