WILLIAM M. SIMPICH #106672
1736 Franklin, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-0226

TESFAYE W. TSADIK, #108103
1736 Franklin, Tenth Floor
Oakland, California 94612
Telephone: (510) 839-3922

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA DISTRICT

PETE LIVINGSTON,

    Plaintiff,

vs.

KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC., JANINA GEHN aka NINA GEHN, & NTG/XLink.

    Defendants.

CASE NO. C06-02389 MMC

STIPULATION AND ~~PROPOSED~~ ORDER

It is hereby stipulated between the attorneys for Plaintiff, Pete Livingston and attorney for Defendant, Nova Wines, Inc. that Defendant Nova Wine, Inc's Motion to Dismiss for Failure to State a Claim for Which Relief Can Be Granted and Preemption Under the Copyright Act [17 U.S.C. §§102-103] Fed. Rules Civ.Proc., rule 12(b)(6)] is to

be continued from July ~~19~~ 14, 2006 to August 4, 2006 at 9:00 A.M.

It is further stipulated that Plaintiff's Opposition to Defendant's Motion to Dismiss is to be filed by June 29, 2006. Defendant's Reply Brief is to be filed by July 20, 2006.

Date: 6/23/06

_____
MICHAEL J. IOANNOU
Attorney for Defendant,
Nova Wines, Inc.

Date: 6/__/06

_____
WILLIAM M. SIMPICH
Attorney for Plaintiff

IT IS SO ORDERED:

Dated: June 30, 2006

_____
HONORABLE MAXINE CHESNEY