IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON, | No. C-06-2389 MMC |
| Plaintiff, | **ORDER RE: LETTER OF JULY 10, 2006** |
| v. | |
| KEYA MORGAN, et al., | |
| Defendants / | |

The Court is in receipt of a letter signed by defendant Keya Morgan and dated July 10, 2006, in which said defendant makes various requests of the Court.

In light of defendant's assertion that service has not been accomplished, the Court does not construe such correspondence as an appearance, and, in any event, does not act on such ex parte communications.

Accordingly, no action will be taken thereon.

**IT IS SO ORDERED.**

Dated: July 20, 2006

MAXINE M. CHESNEY
United States District Judge