MICHAEL J. IOANNOU (SBN 95208)
mioannou@ropers.com
LITA M. VERRIER (SBN 181183)
lverrier@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Defendant
NOVA WINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC., JANINA GEHN aka NINA GEHN, & NTG/XLink,<br><br>　　　　Defendants. | CASE NO.  C06-02389 MMC<br><br>**STIPULATION AND REQUEST TO EXTEND THE CASE MANAGEMENT CONFERENCE HEARING DATE AND SUBMISSION OF THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER<br><br>Judge:   Maxine M. Chesney |

　　　　Plaintiff Pete Livingston and Defendant Nova Wines, Inc., through their respective counsel, hereby stipulate and request the Court for an order continuing the Case Management Conference hearing to September 22, 2006 or the Court's next available date from and after September 22, 2006, and that such parties may have an extension, to seven days prior to the rescheduled Case Management Conference hearing date, to file their Joint Case Management Conference Statement.

　　　　Good cause for such an extension exists as on July 31, 2006, this Court ruled on defendant Nova Wines, Inc.'s motion to dismiss plaintiff's Complaint and  the Court's Order dismissed all three of plaintiff's claims, two with prejudice.  As Plaintiff has been given time to amend his

SJ/373356.1/NB

Stip. To Extend Date of Case Management
Conference - Case No. C06-02389 MMC

claim for copyright infringement, the scope of discovery and other items addressed in the Joint Case Management Conference Statement cannot be ascertained at this time.  Further, all parties have not made appearances in the case and, as such, the case is not at issue.

It is so stipulated.

Dated: July 31, 2006              ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Michael J. Ioannou
    MICHAEL J. IOANNOU
    Attorneys for Defendant
    NOVA WINES, INC.

Dated: July 31, 2006

By: /s/ William M. Simpich
    WILLIAM M. SIMPICH
    TESFAYE W. TSADIK
    Attorney for Plaintiff
    PETE LIVINGSTON

### ORDER

IT IS SO ORDERED.  Absent further order of this Court, the Case Management Conference Statement is now due on September 29, 2006, and the Case Management Conference is rescheduled from August 4, 2006, to October 6, 2006.

Dated: August 1, 2006

_____
MAXINE M. CHESNEY
JUDGE, UNITED STATES DISTRICT COURT