MICHAEL J. IOANNOU (SBN 95208)
mioannou@ropers.com
LITA M. VERRIER (SBN 181183)
lverrier@ropers.com
DAVID R. BENETT (SBN 232288)
dbenett@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Defendant
NOVA WINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE LIVINGSTON,<br><br>             Plaintiff,<br><br>v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC.,<br><br>             Defendants. | CASE NO.  C06-02389 MMC<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR MEDIATION; [PROPOSED] ORDER**<br><br>Judge:  The Hon. Maxine M. Chesney |

   Plaintiff Pete Livingston ("Livingston") and Defendant Nova Wines, Inc. ("Nova Wines"), through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the deadline to conduct mediation from October 12, 2006 to November 30, 2006.  This request is made due to the fact that there is a pending motion to dismiss filed by Nova Wines so the case is not yet at issue.  Further, not all parties have made an appearance in this action.  It is believed that Defendants Keya Morgan and Keya Gallery have not yet been served with the First Amended Complaint, and if they have, they have not filed any response.  Mediation will not be productive if the case is not at issue and not all parties participate.

SJ/377940.1/NB

Stip. To Extend Deadline for Mediation; [Proposed]
Order - Case No. C06-02389 MMC

This short continuance is not expected to affect any other Case Management dates to be scheduled by this Court.

It is so stipulated.

Dated: September 28, 2006           ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Michael J. Ioannou
    MICHAEL J. IOANNOU
    Attorneys for Defendant
    NOVA WINES, INC.

Dated: September 28, 2006

By: /s/ William M. Simpich
    WILLIAM M. SIMPICH
    TESFAYE W. TSADIK
    Attorney for Plaintiff
    PETE LIVINGSTON

## ORDER

Pursuant to the above stipulation, it is hereby ordered that the deadline to conduct mediation in this matter is November 30, 2006.

Date: September 29, 2006

_____
MAXINE M. CHESNEY
JUDGE, UNITED STATES DISTRICT COURT

SJ/377940.1/NB            - 2 -            Stip. To Extend Deadline for Mediation; [Proposed]
                                           Order - Case No. C06-02389 MMC