WILLIAM M. SIMPICH, SBN #106672
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-0226

TESFAYE W. TSADIK, SBN #108103
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 839-3922

Attorneys for Plaintiff
PETE LIVINGSTON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC.,<br><br>　　　　Defend | Case No. C06-02389 MMC<br>ORDER GRANTING<br>EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF COMPLAINT ON KEYA MORGAN AND KEYA GALLERY<br><br>Date: N/A<br>Time: N/A<br>Dept: Hon. Maxine Chesney |

For good cause shown (or, for excusable neglect shown), Plaintiff's ex parte motion is granted. Time for service is extended to Dec. 31, 2006 to serve Keya Morgan and Keya Gallery.

Dated: November 17, 2006

　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　HON. MAXINE CHESNEY
　　　　　　　　　　　　　　　　　　JUDGE OF THE SUPERIOR COURT

*Order Granting Ex Parte Application*
C-06-2389 MMC