1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETE LIVINGSTON,

　　　　　Plaintiff,

　v.

KEYA MORGAN aka KEYARASH MAZHARI
aka KEYA MAZHARI, et al.,

　　　　　Defendants.

_____/

No. C-06-2389 MMC

**ORDER DIRECTING PARTIES TO
LODGE CHAMBERS COPIES IN
COMPLIANCE WITH GENERAL
ORDER 45 AND THE COURT'S
STANDING ORDERS**

　　　On February 23, 2007, plaintiff Pete Livingston electronically filed his opposition to
defendant's motion for summary judgment, and related documents; on March 2, 2007,
defendant filed a reply and related documents.  The parties have violated General Order 45
and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later
than noon on the business day following the day that the papers are filed electronically, one
paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and .
. . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"
See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The
Honorable Maxine M. Chesney ¶ 2.

　　　The parties are hereby ORDERED to comply with General Order 45 and the Court's
standing orders by immediately submitting chambers copies of the above-referenced
documents.  The parties are hereby advised that if they fail in the future to comply with the

1    Court's order to provide chambers copies of electronically-filed documents, the Court may

2    impose sanctions, including, but not limited to, striking from the record any electronically-

3    filed document of which a chambers copy has not been timely provided to the Court.

4        **IT IS SO ORDERED.**

5    Dated: March 8, 2007                              MAXINE M. CHESNEY
6                                                      United States District Judge

2