**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PETE LIVINGSTON,                              No. C-06-2389 MMC

12            Plaintiff,                           **ORDER SUSTAINING DEFENDANT
                                                   KEYA MORGAN'S OBJECTION TO**
13       v.                                        **PLAINTIFF'S ELECTRONIC FILING OF
                                                   DOCUMENT CONTAINING SOCIAL**
14   KEYA MORGAN aka KEYARASH MAZHARI              **SECURITY NUMBER; DIRECTIONS TO**
     aka KEYA MAZHARI, et al.,                     **CLERK**
15
             Defendants.
16
                                               /
17

18        Before the Court is a letter dated March 23, 2007 from counsel for defendant Keya

19   Morgan ("Morgan"), by which Morgan objects to plaintiff's having electronically filed in the

20   public docket a declaration containing Morgan's social security number, and asks the Court

21   to "purge" said information from the public record.[1]

22        The Civil Local Rules of this District provide that "[i]f an individual's social security

23   number must be included in a pleading or other paper filed in the public file, only the last

24   four digits of that number should be used." See Civil L.R. 3-17(a)(1).  A party wishing to file

25   a document containing another party's social security number may, however, file such

26   document under seal.  See Civil L.R. 3-17(d).

27

28        [1] The Court ordinarily does not rule on matters submitted by letter.  Rather, if any
     party wishes the Court to take action, that party must file a motion.  Here, however, in light
     of the privacy issue implicated, the Court will address the matter.

1  In this instance, plaintiff has violated Civil Local Rule 3-17 by filing in the public

2 docket the Declaration of Barbara Yaley, and exhibits thereto, each of which contains

3 Morgan's social security number in its entirety.

4  Accordingly, for good cause shown:

5  1.  The Yaley declaration, filed March 16, 2007, and the exhibits thereto are hereby

6 STRICKEN from the public docket.

7  2.  The Clerk is hereby DIRECTED to remove the following documents from the

8 electronic filing system: Docket Nos. 120, 121, and 122.

9  3.  If plaintiff wishes to rely on the above-referenced declaration and exhibits, plaintiff

10 shall file under seal a paper copy thereof no later than April 3, 2007.

11  **IT IS SO ORDERED.**

12 Dated: March 29, 2007

MAXINE M. CHESNEY
13 United States District Judge