IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI<br>aka KEYA MAZHARI, et al.,<br><br>    Defendants.<br>_____/ | No. C-06-2389 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO EXTEND PRE-TRIAL DEADLINES** |

    Before the Court is the parties' "Stipulation and Request to Extend Pre-Trial Deadlines," filed May 4, 2007. The proposed revised discovery schedule sets the deadline for disclosure of rebuttal experts and the deadline to complete expert discovery on the same date, thus making it unlikely that the parties will have the opportunity to take discovery from their rebuttal experts prior to the close of discovery.

    Accordingly, the parties' stipulation is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: May 7, 2007

                                       MAXINE M. CHESNEY
                                       United States District Judge