MICHAEL J. IOANNOU (SBN 95208)
mioannou@ropers.com
LITA M. VERRIER (SBN 181183)
lverrier@ropers.com
ELISE R. VASQUEZ (SBN 201190)
Evasquez@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
NOVA WINES, INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE LIVINGSTON,<br><br>Plaintiff,<br><br>v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC.,<br><br>Defendants. | CASE NO. C06-02389 MMC<br><br>**AMENDED STIPULATION AND REQUEST TO EXTEND PRE-TRIAL DEADLINES; ~~[PROPOSED]~~ ORDER**<br><br>Judge: The Honorable Maxine M. Chesney |

Plaintiff Pete Livingston ("Livingston") and Defendant Nova Wines, Inc. ("Nova Wines"), through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the pre-trial deadlines in this matter.

WHEREAS, not all defendants in this case have been served.

WHEREAS, Plaintiff seeks to take the deposition of the Person Most Knowledgeable of Defendant Nova Wines, Inc., and has requested documents and cannot do so before May 11, 2007.

WHEREAS, Plaintiff's deposition was confirmed for April 25, 2007. On April 24, 2007, Nova Wines, Inc., was advised that Plaintiff had a conflict and needed to reschedule his deposition. Nova Wines agreed to postpone Plaintiff's deposition but no alternate date certain has

been agreed upon.

WHEREAS, the parties continue to make best efforts to resolve current discovery disputes.

WHEREAS, the current non-expert discovery deadline is May 11, 2007;

WHEREAS, the current expert designation deadline is June 1, 2007;

WHEREAS, the last day to file dispositive motions is July 20, 2007;

WHEREAS, trial is set for October 22, 2007;

The parties respectfully request a continuance of deadlines to the dates outlined below:

| | |
|---|---|
| Designate Experts: | June 15, 2007 |
| Mediation: | June 29, 2007 |
| Non-expert Discovery | July 6, 2007 |
| Designate Rebuttal Experts | June 29, 2007 |
| Expert Discovery Cut-off | July 20, 2007 |

This continuance is not expected to affect any other Case Management dates to be scheduled by this Court. The further status conference is set for June 29, 2007, with the statement due June 22, 2007.

It is so stipulated.

Dated: May 9, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Elise R. Vasquez
ELISE R. VASQUEZ
Attorneys for Defendant
NOVA WINES, INC.

Dated: May 9, 2007

LAW OFFICE OF WILLIAM SIMPICH

By: /s/ William M. Simpich
WILLIAM M. SIMPICH
Attorney for Plaintiff
PETE LIVINGSTON

**ATTESTATION OF ELECTRONIC FILING**

As the attorney efiling this document, I hereby attest that William M. Simpich has concurred in this filing.

Dated: May 9, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Elise R. Vasquez
ELISE R. VASQUEZ
Attorneys for Defendant
NOVA WINES, INC.

**ORDER**

Pursuant to the foregoing stipulation of counsel, and good cause appearing therefore, it is hereby ordered that the pre-trial schedule is extended as follows:

| | |
|---|---|
| Last day to designate experts: | June 15, 2007 |
| Last day to conduct mediation: | June 29, 2007 |
| Non-expert discovery cut-off | July 6, 2007 |
| Last day to designate rebuttal experts | June 29, 2007 |
| Last day to conduct expert discovery | July 20, 2007 |

Date: May 9, 2007

MAXINE M. CHESNEY
JUDGE, UNITED STATES DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose