UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETE LIVINGSTON,  )
                  )
     Plaintiff(s),  )   No. C06-2389 MMC (BZ)
                  )
     v.           )
                  )
KEYA MORGAN aka KEYARASH  )   **SECOND DISCOVERY ORDER**
MAZHARI aka KEYA MAZHARI,  )
KEYA GALLERY, NOVA WINES,  )
INC.,             )
                  )
     Defendant(s).  )
_____)

The court having received no opposition to the application for Order Shortening Time as required by Local Rule 6-3(c), **IT IS ORDERED** that the application is **GRANTED**. Defendant's opposition, if any, shall be filed by **June 5, 2007**. If the motion is opposed, counsel for plaintiff shall explain why entry of the model protective order contained on the court's website (http://www.cand.uscourts.gov/) would not be an appropriate resolution of this dispute. Any reply shall be filed by **June 7, 2007**. If a hearing is required, the court will schedule one.

Dated: May 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LIVINGSTON\DISC2.ORDER.wpd

1