UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>   Plaintiff(s),<br><br> v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC.,<br><br>   Defendant(s). | No. C06-2389 MMC (BZ)<br><br>**ORDER GRANTING IN PART DEFENDANT NOVA WINES, INC.'S MOTION FOR PROTECTIVE ORDER** |

  Before me is defendant Nova Wines, Inc.'s motion for a protective order.  By order dated May 29, 2007, I granted Nova's application for an order shortening time to hear its motion, and directed plaintiff to file his opposition by June 5 and Nova to file its reply by June 7.  Neither was filed.  Instead, the parties lodged an incoherent pair of letters suggesting that they may - or may not - have reached agreement on Nova's proposed form of protective order.  Despite plaintiff's assertion that a signed protective order would be forwarded to the Court, none materialized.

  No opposition having been filed to Nova's motion, and for

1

1  good cause appearing, I **GRANT** the motion for a protective
2  order.  The proposed protective order lodged with the Court
3  [Docket No. 153, Exh. A to Nova's Motion For a Protective
4  Order], however, fails to include the instruction that
5  challenges to confidentiality designations must comply with
6  Civil Local Rule 7 and, where applicable, Rule 79-5.  In
7  addition, the proposed order fails to instruct that attempts
8  to file protected materials must comply with Rule 79-5.
9  Therefore, **IT IS HEREBY ORDERED** that the model stipulated
10 protective order, which can be found on the Court's website at
11 http://www.cand.uscourts.gov/ under the "Forms" link, is
12 adopted and will govern discovery in this case unless and
13 until the parties agree on an acceptable form of protective
14 order.  The parties will electronically file a signed copy of
15 the stipulated protective order by **12:00 p.m. Friday, June 15,**
16 **2007.**

17 Dated: June 11, 2007

18 _____
   Bernard Zimmerman
19 United States Magistrate Judge

20 G:\BZALL\-REFS\LIVINGSTON\Order.Protective.Order.wpd

2