MICHAEL J. IOANNOU (SBN 95208)
  mioannou@ropers.com
LITA M. VERRIER (SBN 181183)
  lverrier@ropers.com
ELISE R. VASQUEZ (SBN 201190)
  Evasquez@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Defendant
NOVA WINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETE LIVINGSTON,<br><br>          Plaintiff,<br><br>v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC.,<br><br>          Defendants. | CASE NO.  C06-02389 MMC<br><br>**STIPULATION AND REQUEST TO EXTEND PRE-TRIAL DEADLINES; [PROPOSED] ORDER**<br><br>Judge:  The Honorable Maxine M. Chesney |

Plaintiff Pete Livingston ("Livingston") and Defendant Nova Wines, Inc. ("Nova Wines"), through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the pre-trial deadlines in this matter.

WHEREAS, the current non-expert discovery deadline is July 6, 2007

WHEREAS, the current expert designation deadline is June 15, 2007

WHEREAS, the last day to file dispositive motions is July 20, 2007;

WHEREAS, the parties are conducting a settlement conference with Judge Bernard Zimmerman on August 16, 2007

WHEREAS, trial is set for October 22, 2007;

The parties respectfully request a continuance of deadlines to the dates outlined below:

Last Date To Designate Experts: July 6, 2007

Rebuttal Expert Designation: July 20, 2007

Non-expert Discovery August 1, 2007

Expert Discovery Cut-off August 1, 2007

This continuance is not expected to affect any other Case Management dates to be scheduled by this Court. The further status conference is set for June 29, 2007, with the statement due June 22, 2007.

It is so stipulated.

Dated: June 15, 2007                    ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Elise R. Vasquez
    ELISE R. VASQUEZ
    Attorneys for Defendant
    NOVA WINES, INC.

Dated: June 15, 2007                    LAW OFFICE OF WILLIAM SIMPICH


By: /s/ William M. Simpich
    WILLIAM M. SIMPICH
    Attorney for Plaintiff
    PETE LIVINGSTON

**ATTESTATION OF ELECTRONIC FILING**

As the attorney efiling this document, I hereby attest that William M. Simpich has concurred in this filing.

Dated: June 15, 2007                    ROPERS, MAJESKI, KOHN & BENTLEY

                                        By: /s/ Elise R. Vasquez
                                            ELISE R. VASQUEZ
                                            Attorneys for Defendant
                                            NOVA WINES, INC.

**ORDER**

Pursuant to the foregoing stipulation of counsel, and good cause appearing therefore, it is hereby ordered that the pre-trial schedule is extended as follows:

Last Date To Designate Experts: July 6, 2007

Rebuttal Expert Designation: July 20, 2007

Non-expert Discovery August 1, 2007

Expert Discovery Cut-off August 1, 2007

Date: June 15, 2007

_____
MAXINE M. CHESNEY
JUDGE, UNITED STATES DISTRICT COURT