MICHAEL J. IOANNOU (SBN 95208)
mioannou@ropers.com
LITA M. VERRIER (SBN 181183)
lverrier@ropers.com
ELISE R. VASQUEZ (SBN 201190)
evasquez@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
NOVA WINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>Plaintiff,<br><br>v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI; KEYA GALLERY; NOVA WINES, INC.,<br><br>Defendants. | CASE NO. C06-02389 MMC (BZ)<br><br>[~~PROPOSED~~] ORDER GRANTING NOVA WINES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS 9, 10, 11 AND 14 ATTACHED TO THE DECLARATION OF DONNA HOLDER IN SUPPORT OF DEFENDANT NOVA WINES, INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Date: July 20, 2007<br>Time: 9:00 a.m.<br>Ctrm: 7, 19th Floor<br>Judge: Honorable Maxine M. Chesney |

Upon consideration of Defendant Nova Wines, Inc.'s Motion for Administrative Relief to File Under Seal Exhibits 9, 10, 11 and 14 attached to the Declaration of Donna Holder In Support of Nova Wines' Motion for Summary Judgment or In the Alternative, Summary Adjudication, the Declaration of Elise R. Vasquez in Support thereof, and having reviewed the papers on file in this action, the Court orders as follows:

///

///

///

1   IT IS HEREBY ORDERED that Exhibits 9, 10, 11 and 14 attached to the Declaration of
2   Donna Holder In Support of Nova Wines' Motion for Summary Judgment or In the Alternative,
3   Summary Adjudication, shall be filed under seal with this Court

4   DATED:  June 18, 2007

*[signature: Maxine M. Chesney]*

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/438212.1/LD

- 2 -

[PROPOSED] ORDER GRANTING NOVA
WINES' MTN FOR ADMIN RELIEF TO FILE
UNDER SEAL - C06-02389 MMC (BZ)