IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON, | No. C-06-2389 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |
| v. | |
| KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, et al., | |
| Defendants. | |

On August 16, 2007, the parties participated in a settlement conference before Magistrate Judge Bernard Zimmerman. According to the minutes thereof, the parties agreed to settle the action. (See Docket No. 191.) To date, however, the parties have not filed a stipulated dismissal.

Accordingly, the parties are hereby ORDERED to show cause no later than September 7, 2007 why the instant action should not be dismissed.

**IT IS SO ORDERED.**

Dated: August 31, 2007

MAXINE M. CHESNEY
United States District Judge