IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI<br>aka KEYA MAZHARI, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C-06-2389 MMC<br><br>**ORDER CONTINUING DEADLINE TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

　　　　On August 31, 2007, the Court issued an order to show cause no later than September 7, 2007 why the instant action should not be dismissed due to settlement.  By letter filed September 6, 2007, plaintiff's counsel informed the Court that the parties are "exchanging drafts of the final wording of the settlement."  Plaintiff requests that the Court continue the instant matter for fifteen days to allow the parties time to "resolve the final language and file a dismissal."

　　　　Accordingly, the September 7, 2007 deadline for the parties to show cause in writing why the instant action should not be dismissed is hereby CONTINUED to September 24, 2007.

　　　　**IT IS SO ORDERED.**

Dated: September 7, 2007　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge