IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETE LIVINGSTON,

    Plaintiff,

v.

KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, et al.,

    Defendants.

No. C-06-2389 MMC

**ORDER CONTINUING DEADLINE TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On August 31, 2007, the Court issued an order to show cause no later than September 7, 2007 why the instant action should not be dismissed due to settlement. Upon the parties' request, the Court later extended this deadline to September 24, 2007. By letter filed September 20, 2007, plaintiff's counsel seeks a further continuance of fifteen additional days to allow the parties time to attempt to meet with Judge Zimmerman in order to "resolve the final language and file a dismissal."

Accordingly, the September 24, 2007 deadline for the parties to show cause in writing why the instant action should not be dismissed is hereby CONTINUED to October 9, 2007.

**IT IS SO ORDERED.**

Dated: September 21, 2007

    MAXINE M. CHESNEY
    United States District Judge