WILLIAM M. SIMPICH (#106672)
Attorney at Law
1736 Franklin St., 10th Floor
Oakland, CA 94612
Telephone: (510) 444-6262

TESFAYE W. TSADIK (#108103)
Attorney at Law
1736 Franklin St., 10th Floor
Oakland, CA 94612
Telephone: (510) 839-3922

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA DISTRICT

PETE LIVINGSTON,

    Plaintiff,

v.

KEYA MORGAN, et al,

    Defendant.

Case #:C-06-02389 MMC (BZ)

MOTION FOR ADMINISTRATIVE RELIEF TO FILE SETTLEMENT AGREEMENT UNDER SEAL; **ORDER**

    Pursuant to Local Rules 7-11 and 79-5, Plaintiff Pete Livingston hereby moves this Court for an order permitting Pete Livingston to file under seal the Settlement Agreement in the above-entitled case. The motion is made on the grounds that the Settlement Agreement contains confidential information.

## FACTS

    Plaintiff Pete Livingston and Defendant Nova Wines, Inc entered into a confidential settlement agreement on December 1, 2007. Plaintiff wishes to file a dismissal. The dismissal is based on a settlement agreement that contains confidential information. The parties have

1

agreed to file the settlement agreement under seal and that the Court has continuing jurisdiction if there is any problem with the settlement.

Based on the foregoing, Plaintiff Pete Livingston respectfully requests that the Court grant the Motion for Administrative Relief to file under Seal the settlement agreement in the above case.

Dated: January 16, 2008

_____/s/_____
WILLIAM M. SIMPICH
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: January 22, 2008

_____
Maxine M. Chesney
United States District Court Judge