WILLIAM M. SIMPICH (#106672)
Attorney at Law
1736 Franklin St., 10th Floor
Oakland, CA 94612
Telephone: (510) 444-6262

TESFAYE W. TSADIK (#108103)
Attorney at Law
1736 Franklin St., 10th Floor
Oakland, CA 94612
Telephone: (510) 839-3922
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| PETE LIVINGSTON, | Case #:C-06-02389 MMC (BZ) |
| Plaintiff, | AMENDED REQUEST FOR DISMISSAL WITH PREJUDICE ; **ORDER** |
| v. | |
| KEYA MORGAN, et al, | |
| Defendant. | |

Plaintiff Pete Livingston requests a dismissal with prejudice of the above-entitled case based on the Settlement Agreement filed under seal and Plaintiff's Motion for Administrative Relief to File Settlement Agreement Under Seal.

Dated: January 16, 2008

_____/s_____
WILLIAM M. SIMPICH
Attorney for Plaintiff



IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: January 22, 2008