WILLIAM M. SIMPICH, SBN #106672
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 444-0226

TESFAYE W. TSADIK, SBN #108103
1736 Franklin Street, Tenth Floor
Oakland, California 94612
Telephone: (510) 839-3922

Attorneys for Plaintiff
PETE LIVINGSTON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE LIVINGSTON,<br><br>    Plaintiff,<br><br>v.<br><br>KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, KEYA GALLERY, NOVA WINES, INC.,<br><br>    Defendants. | Case No. C06-02389 MMC<br><br>SECOND AMENDED REQUEST FOR DISMISSAL OF NOVA WINES, INC. WITH PREJUDICE AND DISMISSAL OF KEYA MORGAN aka KEYARASH MAZHARI aka KEYA MAZHARI, AND KEYA GALLERY WITHOUT PREJUDICE, AND ISSUANCE OF CORRECTED ORDER ; ORDER |

Plaintiff Pete Livingston requests that this case be dismissed with prejudice against Defendant Nova Wines, Inc., based on the Settlement Agreement filed under seal and Plaintiff's Motion for Administrative Relief to File Settlement Agreement Under Seal.

Plaintiff Pete Livingston further requests that Defendants Keya Morgan aka Keyarash Mazhari aka Keya Mazhari and Keya Gallery be dismissed without prejudice.

This corrected order shall replace the order issued on January 22, 2008.

*Second Amended Request for Dismissal*
C-06-2389 MMC

Dated: February 1, 2008

/s/
WILLIAM M. SIMPICH
Attorney for Plaintiff

It is so ordered.

Dated: February 4, 2008

HON. MARILYN M. CHESNEY
HON. MAXINE M. CHESNEY

*Second Amended Request for Dismissal*
C-06-2389 MMC

2