1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   PETE LIVINGSTON,                          No. C-06-2389 MMC
12             Plaintiff,                       **ORDER DIRECTING PLAINTIFF TO
                                                LODGE CHAMBERS COPY IN
13        v.                                    COMPLIANCE WITH GENERAL
                                                ORDER 45 AND THE COURT'S
14   KEYA MORGAN aka KEYARASH MAZHARI          STANDING ORDERS**
     aka KEYA MAZHARI, et al.,
15
             Defendants.
16
     _____/
17
18        On February 22, 2008, plaintiff electronically filed his "Opposition to Motion to Set
19   Aside Corrected Order of Dismissal" and supporting documents.  Plaintiff has violated
20   General Order 45 and the Court's standing orders, however, by failing to deliver to the
21   Clerk's Office "no later than noon on the business day following the day that the papers are
22   filed electronically, one paper copy of each document that is filed electronically . . . marked
23   'Chambers Copy' and . . . clearly marked with the judge's name, case number, and
24   'Chambers Copy-Do Not File.'" <u>See</u> General Order 45 § VII.G; <u>see</u> <u>also</u> Standing Orders
25   For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.
26        Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's
27   standing orders by immediately submitting a chambers copy of the above-referenced
28   documents.  Plaintiff is hereby advised that if it fails in the future to comply with the Court's
     order to provide chambers copies of electronically-filed documents, the Court may impose

1  sanctions, including, but not limited to, striking from the record any electronically-filed

2  document of which a chambers copy has not been timely provided to the Court.

3     **IT IS SO ORDERED.**

4  Dated: March 3, 2008                                        _____
                                                            MAXINE M. CHESNEY
5                                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28